Motion DENIED.

This the 19th day of October, 2015.

/s/Louise W. Flanagan, U.S. District Judge

FILED
SEP 08 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

5:08-CR-334-1FL

Dear Honorable Judge Flanagan,

Greetings, I hope all is well and that this letter finds you in peace and good health. My reason for writing you this letter is in regaurds to how far I'm being housed from where I was residing at the time of my arrest. Your honor I have been in federal prison for 5 years clear conduct. I have not seen my daughter since 2010 when she was 3 years old. At my sentencing you requested that I be sent to Petersburg, VA as the prison for me to do my sentence at. Contrary to your request I was sent to Lompoc, California and now im currently at Big Springs, Texas. I have requested to be transfered back to the mid Atlantic Region but im being told I can't transfer due to an immigration detainer that was placed on me. Your honor I ask of you to please take into consideration on how long it's been since I've had a visit or a chance to see my daughter and assist me with this near transfer for family ties. At this present time I am awaiting to see if I qualify for the two point reduction and im afraid if I get the reduction