UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-334-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JEREMY ARSENIO SMITH | |

On motion of the defendant, Jeremy Arsenio Smith, and for good cause shown, it is hereby ORDERED that **[DE-91]** be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to Counsel for the defendant and the Assistant United States Attorney.

SO ORDERED.

This the  16th  day of   May        , 20 18 .

_____
LOUISE W. FLANAGAN
United States District Judge