UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-cr-334-FL

UNITED STATES OF AMERICA

vs.                       <u>ORDER TO SEAL SUBMISSION<br>OF DOCUMENTS</u>

JEREMY ARSENIO SMITH
_____

      Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE # 105.

      So ORDERED this the __20th__ day of November, 2018.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE