UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:08-cr-334-FL

UNITED STATES OF AMERICA

vs.            ORDER TO SEAL DOCUMENTS

JEREMY ARSENIO SMITH
_____

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE #111 .

So ORDERED this the  2nd  day of April, 2019.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE